**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Chara Badger

### DEFENDANTS
SRS & Associates, Inc.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME ADDRESS AND TELEPHONE NUMBER)**
James A. Francis, Esquire
Mark D. Mailman, Esquire
Francis & Mailman, P.C.
Land Title Building, 19th Floor, 100 South Broad Street
Philadelphia, PA 19110, 215-735-8600

**ATTORNEYS (IF KNOWN)**

### II. BASIS OF JURISDICTION
☒ 3. Federal Question (U.S. Government not a party)

### IV. NATURE OF SUIT
☒ 890 Other Statutory Actions

### V. ORIGIN
☒ 1 Original Proceeding

### VI. CAUSE OF ACTION
Fair Debt Collection Practices Act, 15 U.S.C. § 1692

### VII. REQUESTED IN COMPLAINT:
JURY DEMAND: ☒ YES ☐ NO

**DATE:** 2/1/08